# Court of Appeals
# of the State of Georgia

ATLANTA,  August 10, 2022

*The Court of Appeals hereby passes the following order:*

## A23A0108. STEVE PITTMAN et al. v. BORIS WOODARD.

This case began as a dispossessory proceeding in magistrate court. After the magistrate court entered final judgment in favor of Boris Woodard, Steve Pittman appealed to the state court. The state court granted a writ of possession to Woodard. Pittman then filed a notice of direct appeal to this Court. We, however, lack jurisdiction.

An appeal from a state court order disposing of a de novo appeal from a magistrate court decision must be initiated by filing an application for discretionary appeal. OCGA § 5-6-35 (a) (11); *Strachan v. Meritor Mtg. Corp. East*, 216 Ga. App. 82, 82 (453 SE2d 119) (1995). "Compliance with the discretionary appeals procedure is jurisdictional." *Hair Restoration Specialists v. State of Ga.*, 360 Ga. App. 901, 903 (862 SE2d 564) (2021) (punctuation omitted). Pittman's failure to follow the proper procedure deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  08/10/2022

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_Stephen E. Castlen_ , Clerk.